The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION TEAMSTERS LOCAL UNION NO. 1224,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON AIR INDUSTRIES, INC., d/b/a HORIZON AIR,<br><br>Defendant. | No. 2:17-CV-00121-RSL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE AN OVERLENGTH REPLY |

This matter came before the Court on Plaintiffs' unopposed motion to file an overlength reply brief. The court hereby GRANTS Plaintiffs' motion, and grants them permission to file a reply brief not to exceed 16 pages.

It is so ORDERED this 23rd day of February, 2017.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Court Judge

ORDER GRANTING MOT TO FILE OVERLENGTH REPLY - 1
Case No. 2:17-cv-00121-RSL

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828