The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION TEAMSTERS LOCAL UNION NO. 1224,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON AIR INDUSTRIES, INC., d/b/a HORIZON AIR,<br><br>Defendant. | Case No.: 2:17-cv-00121-RSL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER<br><br>Noted for Consideration: April 10, 2017 |

Pursuant to the Federal Rules of Civil Procedure 16(b) and 26(f), the parties are required to conduct their Rule 26(f) conference by April 10, 2017. FRCP 16(b) & 26(f). To conserve the parties' resources, the parties jointly move the Court for an order suspending their Rule 26(f) obligations until after the Court has ruled on Defendant's pending motion to dismiss and issued an initial scheduling order, if any.

STIPULATED MOTION AND [PROPOSED] ORDER
(2:17-cv-00121 RSL) – 1
4848-5581-9846v.1 0017572-000378

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DATED this 10th day of April, 2017.

    Davis Wright Tremaine LLP
    Attorneys for Defendant Horizon Air Industries, Inc.
    By _s/ Mark Hutcheson_
    By _s/ Shirin Soleman_
        Mark A. Hutcheson, WSBA #1552
        Shirin M. Soleman, WSBA #47064
        1201 Third Avenue, Suite 2200
        Seattle, Washington 98101-3045
        Telephone: (206) 622-3150
        Fax: (206) 757-7700
        Email: markhutcheson@dwt.com
        Email: shirinsoleman@dwt.com

    JONES DAY
    Pro Hac Vice Attorneys for
    Defendant Horizon Air Industries, Inc.
    By _s/ Douglas W. Hall_
    By _s/ Donald J. Munro_
        Douglas W. Hall (DC Bar No. 430406)
        Donald J. Munro (DC Bar No. 453600)
        (admitted *pro hac vice*)
        51 Louisiana Avenue, NW
        Washington, DC 20001
        Telephone: (202) 879-3939
        Fax: (202) 626-1700
        Email: dwhall@jonesday.com
        Email: djmunro@jonesday.com

    Attorneys for Plaintiffs International Brotherhood of Teamsters, Airline Division, and Airline Professionals Association Teamsters Local Union No. 1224
    By _s/ Dmitri Iglitzin_
    By _s/ Divya Vasudevan_
        Dmitri Iglitzin, WSBA No. 17673
        Divya Vasudevan (admitted *pro hac vice*)
        Schwerin Campbell Barnard Iglitzin & Lavitt
        18 West Mercer Street, Suite 400
        Seattle, WA 98119
        Telephone: (206) 257-6003
        Email: iglitzin@workerlaw.com
        Email: vasudevan@workerlaw.com

STIPULATED MOTION AND [PROPOSED] ORDER
(2:17-cv-00121 RSL) – 2
4848-5581-9846v.1 0017572-000378

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

By *s/ Darin Dalmat*
Darin Dalmat, WSBA No. 51384
James & Hoffman, PC
18 West Mercer Street, Suite 400
Seattle, WA 98119
Telephone: (206) 257-6028
Email: dalmat@workerlaw.com

By *s/ Edward M. Gleason, Jr.*
Edward M. Gleason, Jr.
(admitted *pro hac vice*)
Law Office of Edward Gleason, PLLC
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 800-0099
Email: egleason@gleasonlawdc.com

## [PROPOSED] ORDER

Pursuant to the Stipulation, IT IS SO ORDERED. The parties' Rule 26(f) obligations are stayed until the Court rules on defendant's pending motion to dismiss (ECF No. 22). In the event that any claims remain live after resolution of that motion, the parties shall confer within 14 days of the ruling and file their Rule 26(f) report within 7 days of their conference.

DATED: April 18, 2017.

_____
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
(2:17-cv-00121 RSL) – 3
4848-5581-9846v.1 0017572-000378

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700